UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
GREGORY W. HORTON,                               )
                                                )
                Petitioner,                      )
                                                )
        v.                                        )        Civil Action No. 08-0548 (PLF)
                                                )
U.S. PAROLE COMMISSION,                          )
                                                )
                Respondent.                      )
_____)


ORDER DIRECTING THE RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is

ORDERED that within twenty (20) days from service of this Order, the

respondent, through counsel, shall file with this Court and serve on the petitioner a statement

showing why the writ of *habeas corpus* should not issue; it is

FURTHER ORDERED that the Clerk shall furnish a copy of the Petition for Writ

of Habeas Corpus [Dkt. No. 1] and a certified copy of this Order to the United States Marshal for

the purpose of making service of same on the respondent and the United States Attorney for the

District of Columbia.

SO ORDERED.


                                    /s/_____
                                    PAUL L. FRIEDMAN
DATE:  April 16, 2008               United States District Judge