UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY HORTON | : | Criminal No. 08-548 (PLF) |
| | : | |
| v. | : | |
| | : | |
| U.S. PAROLE COMMISSION | : | |

GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME
TO FILE ITS RESPONSE TO PETITIONER'S PRO SE
PETITION FOR A WRIT OF HABEAS CORPUS

The United States Parole Commission, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests an additional 30 days to file its response to petitioner's pro se Petition for a Writ of Habeas Corpus. In support of this request, the United States submits the following for the Court's consideration:

1. On May 9, 2008, the undersigned Assistant United States Attorney was assigned to this case in order to respond to petitioner's habeas petition. On or about May 10, 2008, the undersigned counsel submitted a request to the United States Parole Commission in order to receive the supporting documentation that the government will be submitting with its response to defendant's motion. Although the government received these materials on or about May 23, 2008, the undersigned Assistant United States Attorney needs additional time to conduct legal research in order to respond to the claims that petitioner is raising in his petition. Therefore, the United States respectfully requests an extension of 30 days in order to conduct additional legal research and file its response to petitioner's habeas petition.

2. This is the first request for an extension by the United States to file its response to petitioner's pro se petition for a Writ of Habeas Corpus.

WHEREFORE, based on the foregoing, the United States respectfully requests that its request for a 30-day extension, until Thursday, June 26, 2008, to file its response to petitioner's petition for a Writ of Habeas Corpus be granted.

A proposed Order is being submitted.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

JOHN P. MANNARINO
Chief, Special Proceedings Division
Assistant United States Attorney


_____/s/_____
TRICIA D. FRANCIS
Assistant United States Attorney
Room 10-447
555 4th Street, N.W.
Washington, D.C. 20530
202-353-9870
Tricia.D.Francis@usdoj.gov

CERTIFICATE OF SERVICE

_____I certify that a copy of the foregoing motion was mailed on the ___29^{TH}____ day of May, 2008, to defendant, Gregory Horton, 5563 St. Charles Drive, Dale City, Virginia, 22193.


_____/s/_____
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GREGORY HORTON**  :  **Criminal No. 08-548 (PLF)**
:
:
**v.**  :
:
:
**U.S. PAROLE COMMISSION**  :
_____ :

### ORDER

Upon consideration of the Government's Motion for Extension of Time To File Its Response to Petitioner's Petition for a Writ of Habeas Corpus, and the reasons stated therein, it is

ORDERED that the government's motion is granted, and it is further

ORDERED that the government's response to petitioner's petition is due by Thursday, June 26, 2008.

_____        _____
DATE                          HON. PAUL L. FRIEDMAN
                              Associate Judge

cc:

Tricia D. Francis, Esq.            Gregory Horton
Assistant United States Attorney   5563 St. Charles Drive
U.S. Attorney's Office for D.C.    Dale City, VA 22193
Special Proceedings Section
555 4th Street, N.W.
10th Floor
Washington, D.C. 20530