UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY W. HORTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-0548 (PLF) |
| ) | |
| U.S. PAROLE COMMISSION, ) | |
| ) | |
| Respondent. ) | |

ORDER

In response to the Court's Order to show cause why the writ of habeas corpus should not issue, respondent moves to transfer the case to the United States District Court for the Eastern District of Virginia. Because a transfer would relinquish this Court's jurisdiction, petitioner will be allowed time to respond. See Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988) (a district court must advise a pro se party of the consequences of failing to respond to a dispositive motion). Accordingly, it is hereby

ORDERED that the petitioner shall respond to the respondent's motion to transfer no later than **August 11, 2008**. If the petitioner does not respond by that date, the Court will treat the motion as conceded and transfer the case to the Eastern District of Virginia.

SO ORDERED.

_____s/_____
PAUL L. FRIEDMAN
DATE: July 22, 2008      United States District Judge