UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY W. HORTON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>U.S. PAROLE COMMISSION, )<br>)<br>Respondent. )<br>) | Civil Action No. 08-0548 (PLF) |

ORDER

By Order of July 22, 2008, petitioner was given until August 11, 2008 to oppose the respondent's motion to transfer this habeas corpus action. Petitioner was advised that his failure to comply would result in the Court's treating the motion as conceded and transferring the case. Petitioner has not responded to the motion or sought additional time to do so. Accordingly, it is hereby

ORDERED that the Order to Show Cause [Dkt. No. 2] is DISCHARGED; it is

FURTHER ORDERED that the respondent's motion to transfer [Dkt. No. 6] is GRANTED as conceded; and it is

FURTHER ORDERED that this case is TRANSFERRED to the United States District Court for the Eastern District of Virginia.

SO ORDERED.

_____s/_____
PAUL L. FRIEDMAN
DATE:   September 3, 2008          United States District Judge